UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MOSQUEDA, | No. 2:11-cv-0745 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL MARTEL, | |
| Respondent. | |

Petitioner, a state prisoner, proceeds pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 10, 2012, respondent filed an answer which references various lodged documents. The court has not received any lodged documents in this case.

Pursuant to Rule 5 of the Rules Governing § 2254 Cases, respondent must furnish the court with copies of relevant transcripts and appellate court briefs and opinions. Accordingly, IT IS ORDERED that, within thirty days of the date of this order, respondent shall lodge copies of the documents referenced in the answer as well as any other documents of record helpful to the resolution of petitioner's claims.

DATED: September 5, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//john2719.lodgedocs

1